# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee ▼

| | |
|---|---|
| Joshua Trey White <br><br> *Plaintiff(s)* <br><br> v. <br><br> BlueCross BlueShield of Tennessee, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:22-CV-249 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BlueCross BlueShield of Tennessee, Inc., c/o Registered Agent Anne Hance, 1 Cameron Hill Cir.
Chattanooga, TN 37402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stephen S. Duggins, (BPR# 013222)
Duggins Law Group, PLLC,
8052 Standifer Gap Rd., Ste. B
Chattanooga, TN 37421
423-635-7113
steve@dugginslawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/04/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-CV-249

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
See attached affidavit.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 1:22-CV-249 | United States District Court | Hamilton, TN | 7900636 |
| **Plaintiff / Petitioner:** Joshua Trey White | | **Defendant / Respondent:** BlueCross BlueSheild of Tennessee | |
| **Received by:** Frank B Yuppa | | **For:** Stephen S Duggins | |
| **To be served upon:** BlueCross BlueSheild of Tennessee c/o Legal Department | | | |

I, Frank B Yuppa, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BlueCross BlueSheild of Tennessee c/o Legal Department c/o Ashley Chancey, legal assistant , Company: 1 Cameron Hill Cir, Chattanooga, TN 37402

**Manner of Service:** Corporation, Nov 10, 2022, 3:01 pm EST

**Documents:** Summons In A Civil Action, Complaint, and Amended Complaint (Received Nov 2, 2022 at 12:00am EDT)

### Additional Comments:
1) Successful Attempt: Nov 10, 2022, 3:01 pm EST at Company: 1 Cameron Hill Cir, Chattanooga, TN 37402 received by BlueCross BlueSheild of Tennessee c/o Legal Department c/o Ashley Chancey, legal assistant .
In hand of Ashley Chancey

Frank B Yuppa    Date 11/10/2022

Frank B Yuppa
4616 Tarpon Trl
Chattanooga, TN 37416
423-994-2985

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 11/10/22

Commission Expires

[Notary Seal: KATHY DUGGINS, STATE OF TENNESSEE NOTARY PUBLIC, HAMILTON COUNTY, MY COMMISSION EXPIRES OCTOBER 13, 2026]