☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No: **1:22-CV-249**  **Joshua Trey White** v. **Blue Cross Blue Shield of TN.**

PRESENT: Honorable **Christopher H. Steger**  ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

**Robert Boston** | **Joshua Wood** | **Stephen Duggins**
Attorney(s) for Plaintiff(s) | Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s)

_____ | **Kelli Jones** | **Digital Recording 1B**
Attorney(s) for Defendant(s) | Courtroom Deputy | Court Reporter

PROCEEDINGS:
Hearing held on motion to dismiss count III of plaintiff's first amended complaint (#13) - DENIED.

TESTIMONY BY: _____

TRIAL SET: _____

Time: **3:00** to **3:40**    Date: **2/28/23**

_____ to _____
_____ to _____
_____ to _____

REV 7/14